MELINDA S. RIECHERT, State Bar No. 65504
LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
ClearPoint Advantage, LLC, dba Advantage Services Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BROWN, on behalf of himself and all others similarly situated, on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARPOINT ADVANTAGE, LLC, dba ADVANTAGE SERVICES GROUP and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Pursuant to Rule 3-16 of the Local Civil Rules for the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant ClearPoint Advantage, LLC, dba Advantage Services Group ( hereinafter "Defendant"), hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695645.1

CASE NO. _____
CERTIFICATION AS TO INTERESTED PARTIES

matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- ClearPoint Business Resources, Inc.
- ClearPoint Resources, Inc.
- ALS, LLC
- Advantage Services Group

Dated: March 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda S. Riechert
Melinda S. Riechert
Attorneys for Defendant
ClearPoint Advantage, LLC, dba
Advantage Services Group

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695645.1

2

CASE NO. _____
CERTIFICATION AS TO INTERESTED PARTIES