MELINDA S. RIECHERT, State Bar No. 65504
LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
ClearPoint Advantage, LLC, dba Advantage
Services Group

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BROWN, on behalf of himself and all others similarly situated, on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARPOINT ADVANTAGE, LLC, dba ADVANTAGE SERVICES GROUP and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C08-01640<br><br>**NOTICE OF RELATED CASES** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendant ClearPoint Advantage, LLC hereby submits that it is not aware of any previously filed or pending related cases in the Federal Courts.

Dated: March 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda Riechert
Melinda S. Riechert
Attorneys for Defendant
ClearPoint Advantage, LLC, dba
Advantage Services Group

1-PA/3695655.1

CASE NO. _____
NOTICE OF RELATED CASES