1  MELINDA S. RIECHERT, State Bar No. 65504
   LAUREN S. KIM, State Bar No. 210572
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendant
   ClearPoint Advantage, LLC, dba Advantage
7  Services Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES W. BROWN, on behalf of himself and all others similarly situated, on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARPOINT ADVANTAGE, LLC, dba ADVANTAGE SERVICES GROUP and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C08-01640<br><br>**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |
|---|---|

   TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for
Defendant ClearPoint Advantage LLC, dba Advantage Services Group ("Defendant"), makes the
following disclosures on behalf of Defendant:

   Defendant is a wholly-owned subsidiary of ClearPoint Resources, Inc. ("CPR"),
Defendant's operating parent. In turn, CPR is a wholly-owned subsidiary of ClearPoint Business

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695648.1

CASE NO. _____
DEFENDANTS' DISCLOSURE
STATEMENT PURSUANT TO F.R.C.P. 7.1

1 | Resources, Inc. ("CPBR"), a holding company.

2

3 | Dated: March 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda S. Riechert
Melinda S. Riechert
Attorneys for Defendant
ClearPoint Advantage, LLC, dba
Advantage Services Group

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695648.1

2

CASE NO. _____
DEFENDANTS' DISCLOSURE
STATEMENT PURSUANT TO F.R.C.P. 7.1