1  MELINDA S. RIECHERT, State Bar No. 65504
   LAUREN S. KIM, State Bar No. 210572
2  MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
5  Fax: 650.843.4001
   E-mail: mriechert@morganlewis.com
6
7  Attorneys for Defendant
   ClearPoint Advantage, LLC, dba Advantage
8  Services Group

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
13  JAMES W. BROWN, on behalf of himself     Case No. 08-01640
    and all others similarly situated, on behalf
14  of the general public, and as an "aggrieved   **CERTIFICATE OF SERVICE**
    employee" under the California Labor
15  Code Private Attorneys General Act,

16            Plaintiff,

17       vs.

18  CLEARPOINT ADVANTAGE, LLC,
    dba ADVANTAGE SERVICES GROUP
19
              Defendants.
20

21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695652.1                                   CASE NO. _____
                                                 CERTIFICATE OF SERVICE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306-2122. On March 26, 2008 I served the within document(s):

1. **CIVIL CASE COVER SHEET**

2. **DEFENDANT CLEARPOINT ADVANTAGE, LLC'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3. **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16**

4. **NOTICE OF RELATED CASES**

5. **DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

| | |
|---|---|
| Eric A. Grover<br>Jade Butman<br>KELLER GROVER LLP<br>425 Second Street, Ste. 500<br>San Francisco, CA 94107<br>Tel:  (415) 543-1305<br>Fax:  (415) 543-7861<br>eagrover@kellergrover.com | Attorney for Plaintiff<br>James W. Brown |
| Scot Bernstein<br>LAW OFFICES OF SCOT BERNSTEIN<br>10510 Superfortress Ave., Ste. C<br>Mather Field, CA 95655<br>Tel:  (916) 447-0100<br>Fax:  (916) 933-5533<br>swampadero@sbernsteinlaw.com | Co-Counsel for Plaintiff |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on March 26, 2008, at Palo Alto, California.

_____
Regina L. Henley

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695652.1                                    1                       CASE NO. _____
                                                                          CERTIFICATE OF SERVICE