1  MELINDA S. RIECHERT, State Bar No. 65504
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendant
   ClearPoint Advantage, LLC, dba Advantage
7  Services Group

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | JAMES W. BROWN, on behalf of himself | Case No. C 08-01640 MEJ
   | and all others similarly situated, on behalf
13 | of the general public, and as an "aggrieved" | **CERTIFICATE OF SERVICE**
   | employee" under the California Labor
14 | Code Private Attorneys General Act,

15             Plaintiff,

16       vs.

17 CLEARPOINT ADVANTAGE, LLC,
   dba ADVANTAGE SERVICES GROUP,
18

19             Defendants.

20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3697040.1

CASE NO. C 08-01640 MEJ
CERTIFICATE OF SERVICE

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306-2122. On March 28, 2008 I served the within document(s):

1. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

2. NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR ASSIGNMENT FORM;

3. [BLANK] CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGMENT;

4. ECF REGISTRATION INFORMATION HANDOUT;

5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

6. STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES

7. CASE MANAGEMENT STANDING ORDER FOR MAGISTRATE JUDGE MARIA-ELENA JAMES

8. ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;

9. INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR L.R. 3-5; [BLANK] NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]; [BLANK] STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; [BLANK] ADR CERTIFICATION BY PARTIES AND COUNSEL;

10. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

11. [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

12. [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

13. WELCOME TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA;

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

| | | |
|---|---|---|
| 1 | | |
| 2 | Eric A. Grover<br>Jade Butman | Attorney for Plaintiff<br>James W. Brown |
| 3 | KELLER GROVER LLP<br>425 Second Street, Ste. 500 | |
| 4 | San Francisco, CA 94107<br>Tel:  (415) 543-1305 | |
| 5 | Fax:  (415) 543-7861<br>eagrover@kellergrover.com | |
| 6 | Scot Bernstein | Co-Counsel for Plaintiff |
| 7 | LAW OFFICES OF SCOT BERNSTEIN<br>10510 Superfortress Ave., Ste. C | |
| 8 | Mather Field, CA 95655<br>Tel:  (916) 447-0100 | |
| 9 | Fax:  (916) 933-5533<br>swampadero@sbernsteinlaw.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on March 28, 2008, at Palo Alto, California.

*Regina L. Henley* (signature)
Regina L. Henley