ERIC A. GROVER (SBN 136080)
JADE BUTMAN (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305; Fax (415) 543-7861
eagrover@kellergrover.com
jbutman@kellergrover.com

SCOT BERNSTEIN (SBN 094915)
**LAW OFFICES OF SCOT BERNSTEIN**
10510 Superfortress Avenue, Suite C
Mather Field, California 95655
Tel. (916) 447-0100; Fax (916) 933-5533
swampadero@sbernsteinlaw.com

Attorneys for Plaintiff James W. Brown

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. BROWN, on behalf of himself and all others similarly situated, on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CLEARPOINT ADVANTAGE, LLC, dba ADVANTAGE SERVICES GROUP and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.:  08-CV-01640-MEJ<br><br>(Alameda Co. Superior Court Case No. RG 08-368638)<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR JURY TRIAL**<br><br>Class Action Fairness Act<br><br>Action Filed in State Court January 30, 2008 |

1 | Plaintiff James W. Brown hereby demands trial by jury in this action.

2 | Dated: March 31, 2008　　　　　　　　Respectfully submitted,

3 | **KELLER GROVER LLP**

5 | By:　　/S/　　　　　　　　　　
6 | ERIC A. GROVER
　 | Attorneys for Plaintiff
7 | James W. Brown

28

_____1_____
DEMAND FOR JURY TRIAL　　　　　　　　　　　　　　　　CASE NO. 08-CV-01640-MEJ