# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BROWN, et al., )<br>　　　　　　Plaintiff (s) )<br>　　v. )<br> )<br>CLEARPOINT ADVANTAGE, LLC, )<br>　　　　　　, )<br>　　　　　　Defendant (s) ) | CASE NO. C-08-1640 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__　(1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____　(2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____　(3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　　All previous hearing dates are hereby  **VACATED.**

Dated: April 4, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk