UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES W. BROWN

              Plaintiff(s),

   v.

CLEARPOINT ADVANTAGE, LLC

             Defendant(s).
_____/

Case No. CV 08-01640 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 12, 2008

ClearPoint Advantage, LLC
[Party] Defendant

Dated: June 12, 2008

Melinda Riechert
[Counsel] for Defendant