1   MELINDA S. RIECHERT, State Bar No. 65504
    LAUREN S. KIM, State Bar No. 210572
2   **MORGAN, LEWIS & BOCKIUS LLP**
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306-2122
4   Tel: (650) 843-4000
    Fax: (650) 843-4001
5   E-mail: mriechert@morganlewis.com

6   Attorneys for Defendant
    ClearPoint Advantage, LLC, dba Advantage Services Group

7   ERIC A. GROVER, State Bar No. 136080
8   **KELLER GROVER LLP**
    425 Second Street, Suite 500
9   San Francisco, CA 94107
    Tel:    (415) 543-1305
10  Fax:    (415) 543-7861
    E-mail: eagrover@kellergrover.com

11  Attorneys for Plaintiff James W. Brown

12  SCOT BERNSTEIN, State Bar No. 94915
    **LAW OFFICES OF SCOT BERNSTEIN**
13  10510 Superfortress Ave., Suite C
    Mather Field, CA 95655
14  Tel:    (916) 447-0100
    Fax:    (916) 933-5533
15  E-mail: swampadero@sbernsteinlaw.com

16  Attorneys for Plaintiff James W. Brown

17                  **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19  JAMES W. BROWN, on behalf of himself        Case No. CV 08-01640 WHA
    and all others similarly situated, on behalf
20  of the general public, and as an "aggrieved
    employee" under the California Labor         **STIPULATION AND [~~PROPOSED~~] ORDER**
21  Code Private Attorneys General Act,          **RE DEADLINE TO FILE MOTION FOR**
                                                 **CLASS CERTIFICATION**
22                  Plaintiff,

23          vs.

24
    CLEARPOINT ADVANTAGE, LLC,
25  dba ADVANTAGE SERVICES GROUP

26
                    Defendants.
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3710008.2

CASE NO. CV 08-01640 WHA
STIPULATION AND [~~PROPOSED~~] ORDER

1   Plaintiff James W. Brown ("Plaintiff") and Defendant ClearPoint Advantage, LLC

2   ("Defendant" or "ClearPoint") hereby submit the following Stipulation and [Proposed] Order:

3   WHEREAS, in the Case Management Scheduling Order dated July 7, 2008, the Court

4   set November 26, 2008 as the deadline to file any motion for class certification;

5

6   WHEREAS, on July 25, 2008, the parties received a Notice of Settlement Conference

7   to be conducted on November 17, 2008;

8   WHERAS, in the period following July 7, 2008, the Parties have informally exchanged

9   information related to underlying theories of liability and Defendant's distressed financial

10  condition;

11  WHERAS, in light of Defendant's distressed financial condition and the impending

12  settlement conference, the Parties have endeavored to avoid any costly formal discovery and/or

13  motion practice in order that both sides can minimize legal fees and out-of-pocket expenses;

14  and

15

16  WHEREAS, in light of Defendant's distressed financial condition and the impending

17  settlement conference, the Parties would like to avoid engaging in the formal discovery

18  necessary for Plaintiff to prepare and file a class certification motion until after an opportunity

19  to participate in the scheduled settlement conference;

20

21  THEREFORE, IT IS HEREBY STIPULATED, by Plaintiff and Defendant, through

22  their respective counsel, that the deadline for Plaintiff to file his motion for class certification

23  should be continued to January 5, 2009.  In so stipulating, the Parties are in agreement that if

24  the November 17, 2008 settlement conference does not resolve the matter, they will cooperate

25  in ensuring that Plaintiff is able to complete his class certification discovery promptly so as to

26  meet the continued motion filing deadline.  The Parties further state that in requesting this

27  extension of time to file the motion for class certification, they are not requesting that the dates

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3710008.2

2

CASE NO. CV 08-01640 WHA
STIPULATION AND [PROPOSED] ORDER

related to the pretrial statement, pretrial conference or trial be changed in any way.

**IT IS SO STIPULATED.**

Dated: October 9, 2008                   MORGAN, LEWIS & BOCKIUS LLP

By           /s/
Melinda S. Riechert
Attorneys for Defendant
ClearPoint Advantage, LLC, dba
Advantage Services Group

Dated: October 9, 2008                   KELLER GROVER LLP

By           /s/
Eric A. Grover
Attorneys for Plaintiff
James W. Brown

Dated: October 9, 2008                   LAW OFFICES OF SCOT BERNSTEIN

By           /s/
Scot Bernstein
Attorneys for Plaintiff
James W. Brown

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3710008.2

3

CASE NO. CV 08-01640 WHA
STIPULATION AND [PROPOSED] ORDER

1

## **ORDER**

2

3          Good cause appearing, IT IS HEREBY ORDERED THAT Plaintiff's Motion for

4   Class Certification filing deadline that is currently set for November 26, 2008 shall be continued

5   to January 5, 2009.  The deadline to file the pretrial conference statement and the dates set for the

6   pretrial conference and trial shall not be effected by this Order.

7

    Date: _____          _____

8                  October 15, 2008                             WILLIAM ALSUP

                                                                United States District Court Judge

9

10

11          Granting this extension does not imply that class-wide due diligence can be
            compromised if absent class members' rights are to be released.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3710008.2                          4                    CASE NO. CV 08-01640 WHA
                                                            STIPULATION AND [PROPOSED] ORDER