**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BROWN, on behalf of himself and all others similarly situated, on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>  v.<br><br>CLEAR POINT ADVANTAGE, LLC, d/b/a ADVANTAGE SERVICES GROUP,<br><br>    Defendant.<br>                                                                 / | No. C 08-01640 WHA<br><br>**REQUEST FOR RESPONSE RE DISMISSAL** |

     The Court has read the proposed stipulation and order of dismissal. Before approving, the Court requests submissions under oath by counsel for both sides that there is no contemplation or expectation that this case will be re-filed in any form in any other forum or before any other judge, and that this dismissal will be the end of the litigation as far as both plaintiff and defendant are concerned.

Counsel should state under oath that no money is being paid to plaintiff counsel directly or indirectly, and that there is no contemplation of class-wide settlement of any type to be pursued elsewhere. Responses should be submitted by **DECEMBER 5, 2008, AT 12:00 P.M**.

**IT IS SO ORDERED.**

Dated: December 3, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE